THE BOARD OF SUPERVISORS OF THE COUNTY OF NEW YORK, RESPONDENT, *v.* GEORGE S. MILLER, APPELLANT.

*Substitution of name of new party plaintiff in proceedings already had in an action — when not authorized.*

APPEAL from an order amending the summons, complaint, pleadings and proceedings, by substituting as plaintiff the mayor, aldermen and commonalty of the city of New York, in place of the board of supervisors of the county of New York.

The General Term was of opinion that, by providing for a change in the name of the plaintiff, in the summons, pleadings and proceedings, more was done than either the provisions of the Code under which the motion was made, or chapter 304 of the Laws of 1874, creating the newly consolidated corporate body, permitted. That the order should have been limited to a substitution of the consolidated city and county for the board of supervisors, and the future prosecution and continuance of the action in the name of the mayor, aldermen and commonalty of the city of New York. And for the reasons given in the action against Tweed,\* it should be so far modified as to produce those results; and as thus modified, affirmed.

*David Dudley Field* and *Elihu Root*, for the appellant.

*Wheeler H. Peckham*, for the respondent.

Opinion by DANIELS, J.

DAVIS, P. J., and BRADY, J., concurred.

Order affirmed as modified.

\* See 3 Hun, 682.